UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA

| JUSTIN SANTONIO BRYANT, | ) Civil Action Number: 5:20-cv-3001-KDW |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 23. Plaintiff, through counsel, consents to the motion. Defendant's Motion is *granted*. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the case will be remanded to an administrative law judge who will offer Plaintiff an opportunity for a *de novo* hearing and issue a new decision. The ALJ will fully re-evaluate the RFC, including but not limited to a discussion of why reported symptom-related functional limitations can or cannot be reasonably accepted as consistent with the medical and other evidence and a narrative describing how the evidence supports each conclusion.

IT IS SO ORDERED.

June 22, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge