# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Justin Santonio Bryant | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    5:20-cv-3001-KDW |
| Commissioner of the Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The case is remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West,  United States Magistrate Judge, who granted Defendant's
Motion to Remand.

Date:      June 22, 2021

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*