UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

JUSTIN SANTONIO BRYANT,           )        Civil Action No. 5:20-cv-03001-KDW
                                  )
            Plaintiff,            )
                                  )
      v.                          )
                                  )
KILOLO KIJAKAZI,[1]               )
Acting Commissioner of the        )
Social Security Administration,   )
                                  )
            Defendant.            )

## ORDER

This matter is before the court on Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act (EAJA), ECF No. 27, to which the Acting Commissioner does not object, ECF No. 28. Plaintiff Justin Santonio Bryant seeks attorney fees in the amount of Three Thousand, Seven Hundred and Sixty-Four Dollars and 06/100 Cents ($3,764.06) and expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under the EAJA. 28 U.S.C. § 2412(a), (d) In his Motion, counsel provided itemization of the fees sought.[2] The court finds the stipulated amount of fees and costs to be reasonable and in accordance with applicable law. Plaintiff's Motion for Attorney's Fees Pursuant to EAJA, ECF No. 27, is granted to the extent it comports with this Order.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] In Plaintiff's Motion, counsel indicated 18.25 hours were spent representing Plaintiff before the court.

It is hereby, ORDERED that Plaintiff, Justin Santonio Bryant, is awarded attorney fees in the amount of Three Thousand, Seven Hundred and Sixty-Four Dollars and 06/100 Cents ($3,764.06), expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00). These attorney fees will be paid directly to Plaintiff, Justin Santonio Bryant, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees and costs will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded amount to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

September 8, 2021                                  Kaymani D. West
Florence, South Carolina                           United States Magistrate Judge